FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

_____FILED   _____ENTERED
_____LODGED   _____RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Robert Jackson, #293-337
WCI
13800 McMullen Highway
Cumberland, MD 21502

(Full name, prison identification
number and address of the plaintiff)

APR 0 4 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

v.

Bobby Shearin, et. al. (C.O. Shubuwe and C.O. Walker)
NBCI
14100 McMullen Highway
Cumberland, MD 21502

(Full name and address of the defendant(s))

Civil Action No. WDQ-13-1008
(Leave blank on initial filing to be filled in by Court.)

## COMPLAINT

**I.   Previous lawsuits**

A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐    NO ☑

B.  If you answered YES, describe that case(s) in the spaces below.

1.  Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

II. **Administrative proceedings**

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑   NO ☐

1. If you answered YES:

  a. What was the result? It was dismissed claiming I did not have a medical problem.

  b. Did you appeal?

  YES ☑   NO ☐

2. If you answered NO to either of the questions above, explain why: _____

_____

### III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

In October, 2011 while at a Maryland Div. Of Corr. institution the water pipes burst making the toilets & sinks inoperable. During that time I informed C.O. II Shubuwe and C.O. Lt. Walker that I needed some water due to a medical condition that required me to drink water regularly throughout the day. Both officers neglected to provide water despite me having absolutely no access to water while the pipes were burst.

### IV. Relief
(State briefly what you want the Court to do for you.)

Award compensation and damages for the negligence of state employees.

SIGNED THIS 29 day of March, 2013

Robert Jackson 293-337
(original signature of plaintiff)

WCI
13800 McMullen Highway
Cumberland, MD 21502
(address of plaintiff)